1  KRISTOL BRADLEY GINAPP
   Nevada Bar No. 8468
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
   Telephone: (702) 893-3383
4  Fax: (702) 893-3789
   kristol.ginapp@lewisbrisbois.com
5  *Attorneys for Defendant*
   *The Primadonna Company, LLC*
6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF NEVADA

9

10 MONIQUE BENNETT,                    | CASE NO.:      2:15-cv-00575-GMN-GWF

11          Plaintiff,

12     vs.                             | STIPULATION FOR EXTENSION OF
                                         TIME TO FILE REPLY TO PLAINTIFF'S
13 THE PRIMADONNA COMPANY, LLC,        | RESPONSE TO DEFENDANT'S MOTION
                                         TO DISMISS
14          Defendant.

15

16

17         COMES NOW, the parties, by and through their undersigned counsel of record

   and hereby stipulate and agree that the time for Defendant THE PRIMADONNA
18
   COMPANY, LLC, to file its Reply To Plaintiff's Response To Defendant's Motion To
19
   Dismiss, be extended to June 2, 2015.  The extension is necessary for Defendant to fully
20
   investigate the contents of Plaintiff's declaration submitted in support of her Response to
21
   ///
22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-4434-7940.1

1  Defendant's Motion to Dismiss, which requires Defendant to access historical business

2  records.

3          DATED this 29th day of May, 2015

4                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

5
                                          By   /s/ *Kristol Bradley Ginapp*
6                                              KRISTOL BRADLEY GINAPP
                                               Nevada Bar No. 8468
7                                              6385 S. Rainbow Boulevard, Suite 600
                                               Las Vegas, Nevada 89118
8                                              Telephone: (702) 893-3383
                                               *Attorneys for Defendant*
9                                              *The Primadonna Company,LLC*

10

11         DATED this 29th day of May, 2015

12                                          METZ & HARRISON, LLP

13

14                                          By   /s/ *Sara Pezeshkpour*
                                               Jeff A. Harrison, Esq.
15                                             California Bar No. 151227
                                               Sara Pezeshkpour, Esq.
16                                             California Bar No. 260240
                                               139 Richmond Street
17                                             El Segundo, CA  90245
                                               Tel: (310) 648-8755
18                                             Attorneys for Plaintiff
                                               Monique Bennett
19

20

21

22                                          IT IS SO ORDERED.

23

24

25                                          _____
                                            Gloria M. Navarro, Chief Judge
26                                          United States District Court

27                                          **DATED:  06/02/2015**

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW