# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MONIQUE BENNETT,              )
                             )
                Plaintiff,    )        Case No.:  2:15-cv-00575-GMN-GWF
                             )
vs.                          )        **ORDER**
                             )
BRIAN PETRIE, *et al.*,       )
                             )
                Defendants.   )
_____ )

   This matter is before the Court on the parties' Stipulation to Extend Discovery Plan and Scheduling Order (First Request) (#20) filed September 16, 2015.  The parties have failed to demonstrate good cause to further extend the discovery cutoff.  Accordingly,

   **IT IS HEREBY ORDERED** that the Stipulation to Extend Discovery Plan and Scheduling Order (First Request) (#20)  is **denied**, without prejudice.

   DATED this 17th day of September, 2015.

                                   _____
                                   GEORGE FOLEY, JR.
                                   United States Magistrate Judge