KRISTOL BRADLEY GINAPP (Bar No. 8468)
MARCUS B. SMITH (Bar No. 12098)
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

*Attorneys for The PrimaDonna Company, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE BENNETT, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE PRIMADONNA COMPANY, L.L.C., a Nevada limited liability company,<br><br>　　　　　　Defendant. | CASE NO. 2:15-cv-00575-GMN-GWF<br><br>**STIPULATION TO EXTEND DEADLINE FOR THE PRIMADONNA COMPANY, LLC TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff MONIQUE BENNENT and Defendant THE PRIMADONNA COMPANY, L.L.C., by and through their counsel of record, hereby stipulate to extend the deadline for The PrimaDonna Company, LLC to respond to Plaintiff's Amended Complaint to Friday, March 25, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4821-6521-3743.1

1  The parties represent that this extension of time is not sought with the purpose or intent to delay the proceedings of this case. Counsel for The PrimaDonna Company, LLC was out of the office for personal reasons and needs additional time to prepare a response to the Amended Complaint. Accordingly, the parties hereby stipulate and request that the deadline to respond be extended to Friday, March 25, 2016.

DATED this 23rd day of March, 2016.

   /s/ **Jeff A. Harrison**
Jeff A. Harrison, Esq.
Sara Pezeshkpour, Esq.
METZ & HARRISON, LLP
139 Richmond Street
El Segundo, CA  90245
Tel: (310) 648-8755
Fax: (310) 648-8734

Elliot S. Blut, Esq.
BLUT LAW GROUP, PC
300 South Fourth Street, Suite 701
Las Vegas, NV  89101
Tel: (702) 384-1050
Fax: (702) 384-8565

*Attorneys for Monique Bennett*

DATED this 23rd day of March, 2016

/s/ *Kristol Bradley Ginapp*
Kristol Bradley Ginapp
Marcus B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

*Attorneys for The PrimaDonna Company, LLC*

**IT IS SO ORDERED.**

By _____/s/ George Foley, Jr._____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated:   March 25, 2016

4821-6521-3743.1                                             2

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 23rd day of March, 2016, I did cause a true and correct copy of **STIPULATION TO EXTEND DEADLINE FOR THE PRIMADONNA COMPANY, LLC TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT [FIRST REQUEST]** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Elliot S. Blut, Esq.
BLUT LAW GROUP, PC
300 South Fourth Street, Suite 701
Las Vegas, NV 89101
Tel: (702) 384-1050
Fax: (702) 384-8565
Email: eblut@blutlaw.com

Jeff A. Harrison, Esq.
Sara Pezeshkpour, Esq.
METZ & HARRISON, LLP
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734
Email: Jharrison@metzharrison.com
Email: SPez@metsharrison.com

By: /S/ *Kileen Watase*
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP