KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

*Attorneys for Defendant*
*The PrimaDonna Company, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE BENNETT, an individual, | CASE NO.: 2:15-cv-00575-GMN-GWF |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| THE PRIMADONNA COMPANY, L.L.C., a Nevada limited liability company, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that, subject to approval by the court, Defendant THE PRIMADONNA COMPANY, L.L.C. substitutes KRISTOL BRADLEY GINAPP, ESQ., of the law firm HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, as counsel of record in place of the law firm LEWIS BRISBOIS BISGAARD & SMITH.

Contact information for new counsel is as follows:

KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

1  Defendant THE PRIMADONNA COMPANY, L.L.C. hereby consents to the
2  substitution.
3  Dated this 24 day of March, 2017.

4
5  By: _____
   MARC RUBINSTEIN, ESQ.
   ~~General Counsel~~ and MANAGER
6  THE PRIMADONNA COMPANY, L.L.C.

7  LEWIS BRISBOIS BISGAARD & SMITH, LLP consents to the above substitution.
8  DATED this 24 day of March, 2017.

9
   LEWIS BRISBOIS BISGAARD & SMITH, LLP
10
11 By: _____
   DARRELL D. DENNIS, ESQ. (NBN: 6618)
12 E-mail: darrell.dennis@lewisbrisbois.com
   CAYLA WITTY (NBN: 12897)
13 Email: cayla.witty@lewisbrisbois.com
   6385 S. Rainbow Blvd., Suite 600
14 Las Vegas, Nevada 89118

15 HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON consents to the
16 above substitution.

17 DATED this 24 day of March, 2017.

18
19 HOLLEY DRIGGS WALCH FINE WRAY
   PUZEY & THOMPSON
20
21 By: _____
   KRISTOL BRADLEY GINAPP, ESQ. (NBN: 8468)
22 E-mail: kginapp@nevadafirm.com
   400 South Fourth Street, Third Floor
23 Las Vegas, Nevada 89101

24 The substitution of attorney is hereby approved and so ORDERED.

25 DATED this 27 day of March, 2017

26
27 By: _____
   UNITED STATES MAGISTRATE JUDGE
28

## CERTIFICATE OF SERVICE

I certify that I am an employee of Holley, Driggs, Walch, Puzey & Thompson, and that on the 24th day of March, 2017, I deposited for mailing at Las Vegas, Nevada, a true copy of the foregoing **SUBSTITUTION OF ATTORNEYS** in the above matter, addressed as follows:

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
E-mail: darrell.dennis@lewisbrisbois.com
CAYLA WITTY
Nevada Bar No. 12897
Email: cayla.witty@lewisbrisbois.com
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118

*/s/ Suri Guzman*
An employee of HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON