KRISTOL BRADLEY GINAPP
Nevada Bar No. 8468
Email: kginapp@nevadafirm.com
**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Tel: 702-791-0308
Fax: 702-791-1912

Attorneys for Defendant,
THE PRIMADONNA COMPANY, L.L.C.

JEFF A. HARRISON
California Bar No. 151227
SARA PEZESHKPOUR
California Bar No. 260240
**METZ & HARRISON, LLP**
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734
Email: JHarrison@metzharrison.com
Email: SPez@metzharrison.com

Attorneys for Plaintiff,
MONIQUE BENNETT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE BENNETT, an individual, | Case No.: 2:15-cv-00575-GMN-GWF |
| Plaintiff, | Magistrate Judge George Foley, Jr. |
| vs. | **JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES AND RELATED DATES** |
| THE PRIMADONNA COMPANY, L.L.C., a Nevada limited liability company; | |
| Defendant. | |

The parties, by and through their counsel of record, hereby stipulate and request to continue the hearing on Plaintiff's motion to compel further discovery responses (ECF No. 63), which is currently set for hearing on January 8, 2019 at 9:30 a.m. in Las Vegas Courtroom 3A before the Honorable George Foley, Jr., to **January 10, 2019 at** ~~9:30 a.m.~~ **11:30 a.m.**

This stipulation and request is based on Plaintiff's counsel's unavailability to attend the hearing on January 8, 2019. All parties join in this stipulation and request.

The parties further stipulate and agree that Defendant's opposition to the motion which is currently due on December 24, 2018 is now to be filed no later than **December 28, 2018**. Plaintiff's reply, which is currently due on December 31, 2018, is now to be filed no later than **January 4, 2019**.

Dated: December 19, 2018  **METZ & HARRISON, LLP**

By: /s/ Sara Pezeshkpour
JEFF A. HARRISON
SARA PEZESHKPOUR
Attorneys for Plaintiff, MONIQUE BENNETT

Dated: December 19, 2018  **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

By: /s/ Kristol Ginapp
KRISTOL GINAPP
Attorneys for Defendant, THE PRIMADONNA COMPANY, L.L.C.

**IT IS SO ORDERED.**

By _____
The Honorable George Foley, Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 12-20-2018

---