KRISTOL BRADLEY GINAPP (Bar No. 8468)
E-Mail: kginapp@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
TEL: 702.791.0308
FAX: 702.791.1912

*Attorneys for Defendant*
*The Primadonna Company, L.L.C.*

JEFF A. HARRISON
California Bar No. 151227
SARA PEZESHKPOUR
California Bar No. 260240
METZ & HARRISON, LLP
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734
Email: JHarrison@metzharrison.com
Email: SPez@metzharrison.com

*Attorneys for Plaintiff, Monique Bennett*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE BENNETT, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRIMADONNA COMPANY, L.L.C., a Nevada limited liability company,<br><br>　　　　Defendant. | CASE NO.: 2:15-cv-00575-GMN-GWF<br><br>**JOINT STIPULATION TO EXTEND RESPONSE DATES TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

///

///

Plaintiff MONIQUE BENNETT ("Plaintiff") and Defendant THE PRIMADONNA COMPANY, L.L.C. ("Defendant"), by and through their counsel of record, hereby stipulate and request to extend the deadline for Defendant's response to Plaintiff's Motion for Partial Summary Judgment (EFC 76, filed May 10, 2019) two weeks to accommodate Defendant counsel's workload and deadlines in other matters during the past 20 days, which has prevented Defendant's counsel from being able to timely complete the Defendant's Response to Plaintiff's Motion for Partial Summary Judgment. The parties stipulate and request that Defendant's Response deadline be moved to June 14, 2019 (currently May 31, 2019). Accordingly, because Plaintiff's counsel will be out of the country during the reply period and unable to work during that time, the parties stipulate and request that the Reply deadline be extended to three weeks to July 14, 2019. This Stipulation in made in good faith by the parties to permit sufficient time for briefing the issues and not for reasons of delay.

DATED this 30th day of May, 2019

/s/ *Sara Pezeshkpour*
Jeff A. Harrison, Esq.
Sara Pezeshkpour, Esq.
METZ & HARRISON, LLP
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734

Elliot S. Blut, Esq.
BLUT LAW GROUP, PC
300 South Fourth Street, Suite 701
Las Vegas, NV 89101
Tel: (702) 384-1050
Fax: (702) 384-8565
*Attorneys for Monique Bennett*

DATED this 30th day of May, 2019

/s/ *Kristol Bradley Ginapp*
Kristol Bradley Ginapp, Esq.
HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101
Tel. (702) 791-0308
*Attorneys for The PrimaDonna Company,*

**ORDER**

**IT IS SO ORDERED.**

**DATED** this __5__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT