KRISTOL BRADLEY GINAPP (Bar No. 8468)
E-Mail: kginapp@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
TEL: 702.791.0308
FAX: 702.791.1912

*Attorneys for Defendant*
*The Primadonna Company, L.L.C.*

JEFF A. HARRISON
California Bar No. 151227
SARA PEZESHKPOUR
California Bar No. 260240
METZ & HARRISON, LLP
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734
Email: JHarrison@metzharrison.com
Email: SPez@metzharrison.com

*Attorneys for Defendant The Primadonna Company, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE BENNETT, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRIMADONNA COMPANY, L.L.C., a Nevada limited liability company,<br><br>　　　　Defendant. | CASE NO.: 2:15-cv-00575-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff MONIQUE BENNETT ("Plaintiff") and Defendant THE PRIMADONNA COMPANY, L.L.C. ("Defendant"), by and through their counsel of record, hereby stipulate and request to extend the deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF 86) from October 7, 2019 to December 18, 2019. This Stipulation is made in good faith by

the parties to engage in a mediation on November 19, 2019 without incurring additional litigation costs and fees related to the dispositive motions.

Dated this 30th day of September, 2019

**METZ & HARRISON, LLP**

 /s/ Sara Pezeshkpour
JEFF A. HARRISON, ESQ.
SARA PEZESHKPOUR, ESQ.
139 Richmond Street
El Segundo, CA 90245
*Attorneys for Plaintiff Monique Bennett*

Dated this 30th day of September, 2019

**HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON**

 /s/ Kristol Bradley Ginapp
KRISTOL BRADLEY GINAPP, ESQ.
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys Defendant The Primadonna Company, LLC*

**IT IS SO ORDERED.**

Dated this __30__ day of September, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 30th day of September, 2019, I did cause a true copy of the foregoing **JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Elliot S. Blut, Esq.
BLUT LAW GROUP, PC
300 South Fourth Street, Suite 701
Las Vegas, NV  89101
Tel: (702) 384-1050
Fax: (702) 384-8565
Email: eblut@blutlaw.com

*Attorney for Plaintiff Monique Bennett*

Jeff A. Harrison, Esq.
Sara Pezeshkpour, Esq.
METZ & HARRISON, LLP
139 Richmond Street
El Segundo, CA  90245
Tel: (310) 648-8755
Fax: (310) 648-8734
Email: Jharrison@metzharrison.com
Email: SPez@metsharrison.com

*Attorneys for Plaintiff Monique Bennett*

By   */s/ Kileen Watase*
     An Employee of HOLLEY DRIGGS WALCH
     FINE WRAY PUZEY & THOMPSON

12136-01/2285312.docx                    3                    2:15-cv-00575-GMN-EJY