UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONIQUE BENNETT,<br><br>     Plaintiff,<br><br>v.<br><br>THE PRIMADONNA COMPANY, L.L.C., a Nevada limited liability company,<br><br>     Defendant. | Case No. 2:15-CV-00575-GMN-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion to Extend Dispositive Motion Deadline (First Request). ECF No. 88. Defendant explains that the request is based on agreement to a private mediator and mediation date of November 19, 2019. Defendant did not file the motion as an emergency despite the fact that the dispositive motion deadline is September 30, 2019.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall have through and including Wednesday, October 2, 2019, at 5 p.m. PDT to file a response to Defendant's Motion. If no response is filed, the Court will grant Defendant's request to extend the dispositive motion deadline to December 19, 2019.

DATED: September 30, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1