UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MONIQUE BENNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRIMADONNA COMPANY, L.L.C., a Nevada limited liability company,<br><br>    Defendant. | Case No. 2:15-CV-00575-GMN-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion for Relief from Order Denying Motion to Extend Dispositive Motion Deadline. ECF No. 94.

IT IS HEREBY ORDERED that Defendant's Motion for Relief (ECF No. 94) is GRANTED.

IT IS FURTHER ORDERED that the dispositive motion deadline is extended from September 30, 2019 to December 9, 2019.

DATED: October 7, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1