FISHER & PHILLIPS LLP
Brian L. Bradford
Nevada Bar No. 9158
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89109
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

*Attorneys for Defendant The Primadonna Company LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MONIQUE BENNETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE PRIMADONNA COMPANY, L.L.C., a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:15-cv-00575-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINES (THIRD REQUEST)** |

Plaintiff Monique Bennett ("Plaintiff") and Defendant, The Primadonna Company, L.L.C. ("Defendant"), by and through their undersigned counsel, hereby stipulate and request to extend the deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment from February 16, 2020 (ECF 99) to March 18, 2020 and to extend the deadline for Defendant to file its own dispositive motion from February 7, 2020 (ECF 99) to March 18, 2020. This Stipulation is made in good faith by the parties to engage in mediation on February 26, 2020, without incurring additional litigation costs and fees related to the dispositive motions. The parties' private mediation was originally scheduled for November 19, 2019, and then rescheduled for January 29, 2020, due to a conflict with the mediator's travel schedule. Another conflict arose with the mediator's

travel schedule requiring the rescheduling of the January 29, 2020, mediation. Due to the repeated cancellations of the mediation by the mediator, the parties agreed to retain a new mediator for the February 26, 2020, mediation.

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Dispositive Motion Deadline | February 7, 2020 | March 18, 2020 |
| Def.'s Response To Pl.'s MSJ | February 16, 2020 | March 18, 2020 |

Dated this 7th Day of January 2020.

METZ & HARRISON, LLP

By: s/ Sarah Pezeshkpour, Esq.
Jeff A. Harrison, Esq.
Sara Pezeshkpour, Esq
139 Richmond Street
El Segundo, CA 90245
*Attorneys for Plaintiff Monique Bennett*

FISHER & PHILLIPS LLP

By: s/ Brian L. Bradford, Esq.
Brian L. Bradford, Esq.
Nevada Bar No. 9158
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
bbradford@fisherphillips.com
(702) 252-3131
*Attorney for Defendant*
*The Primadonna Company LLC*

**IT IS SO ORDERED.**

Dated this __8__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

FP 36891264.1
FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

# **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on January 7, 2020, I did cause a true copy of the foregoing **JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINES (THIRD REQUEST)** to be served via the CM/ECF filing system to all parties on the service list:

Elliott S. Blut, Esq.
Blut Law Group, PC
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
P: 702-384-1050
F: 702-384-8565
E: eblut@blutlaw.com
Attorney for Plaintiff Monique Bennett

Sara Pezeshkpour, Esq.
Metz & Harrison, LLP
139 Richmond Street
El Segundo, CA 90245
P: 310-648-8755
F: 310-648-8734
E: jharrison@metzharrison.com
E: spez@metsharrison.com
Attorneys for Plaintiff Monique Bennett

         By: s/ Stacey L. Grata
           An Employee of Fisher & Phillips LLP