# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE BENNETT,<br><br>  Plaintiff,<br>vs.<br><br>THE PRIMADONNA COMPANY, LLC,<br><br>  Defendant. | Case No.: 2:15-cv-00575-GMN-EJY<br><br>**ORDER** |

Before the Court is a Joint Notice of Settlement, (ECF No. 102), filed by Plaintiff Monique Bennett ("Plaintiff") and Defendant, The Primadonna Company, LLC ("Defendant"). The Joint Notice states the parties are finalizing a settlement to resolve "this entire litigation." (Joint Notice 1:22–25). The Joint Notice adds that the parties anticipate submitting a joint stipulation for dismissal of the matter in its entirety within 30 days along with a request that the Court retain jurisdiction to "enforce the terms of the parties' Settlement Agreement." (*Id.* 1:27–2:2). In light of the Court's inherent duty to manage its docket,

**IT IS HEREBY ORDERED** that, pursuant to the Joint Notice of Settlement filed by the parties, (ECF No. 102), the Clerk of Court is instructed to automatically **DISMISS this case** in 45 days unless a request is filed for the Court's approval of a proposed Judgment or any other relief.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, (ECF No. 86), is **DISMISSED as moot**.

**IT IS FURTHER ORDERED** that the Clerk shall administratively close the case.

**DATED** this  23   day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1